UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRANCESCO SALAMONE,

                              Plaintiff,

               -against-

GIOVANNI SALAMONE,

                             Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2024

23-CV-08299 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has been informed that mediation between the parties was unsuccessful. The parties are ORDERED to file a joint letter informing the Court about the status of discovery no later than November 27, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 21, 2024
               New York, New York