UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCESCO SALAMONE,

                              Plaintiff,                    23-CV-08299 (SN)

         -against-                                       **ORDER**

GIOVANNI SALAMONE,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties were ordered to file a joint letter informing the Court about the status of discovery no later than November 27, 2024. ECF No. 43. Nothing has been filed with the Court. The parties are ORDERED to file a joint status letter regarding discovery no later than Wednesday, December 4, 2024.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     December 2, 2024
                  New York, New York