UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCESCO SALAMONE,

                      Plaintiff,

        -against-

GIOVANNI SALAMONE,

                      Defendant.

------------------------------------------------------------X

23-CV-08299 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2024

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, December 12, 2024, the parties appeared for a conference to discuss discovery deadlines. The deadline for all fact discovery is extended from January 3, 2025, to February 28, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 12, 2024
                New York, New York