**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

FRANCESCO SALAMONE,

                            **Plaintiff,**

           **-against-**

GIOVANNI SALAMONE,

                           **Defendant.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2025

**23-CV-08299 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       All discovery closed on Friday, February 28, 2025. If either party intends to move for summary judgment they must file their brief by Wednesday, April 2, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 3, 2025
              New York, New York