```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCESCO SALAMONE,

                       Plaintiff,                    23-CV-08299 (SN)

      -against-                         **TRIAL SCHEDULING ORDER**

GIOVANNI SALAMONE,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The following schedule shall govern the further conduct of pretrial proceedings in this case:

      **Joint Proposed Pre-Trial Order**. The parties must submit a joint proposed Pre-Trial Order by Friday, May 30, 2025. This order must follow my Individual Rules of Practice and include the following:

    a. The full caption of the action, as the parties wish it to appear on all trial documents.

    b. The names, law firms, addresses, telephone and fax numbers, and email addresses of trial counsel.

    c. A brief statement by plaintiff as to the basis of subject matter jurisdiction, and a brief statement by either party as to the presence or absence of subject matter jurisdiction. Such statements must include citations to all statutes relied upon and relevant facts as to citizenship and amount in controversy.

    d. A brief summary by each party of the claims and defenses that the party asserts remain to be tried, including citations to any statutes on which the party relies. Such summaries should also identify all claims and defenses previously asserted that are not to be tried. The summaries should not cite to any evidentiary matters.

    e. A statement as to the number of trial days reasonably anticipated.

    f. Any stipulations or agreed statements of fact or law to which all parties consent.

    g. A list of all trial witnesses, indicating whether such witnesses will testify in person or by deposition, and a brief summary of the substance of each witness's testimony.

h.  A designation by each party of deposition testimony to be offered in its case-in-chief and any counter-designations and objections by any other party.

i.  A list by each party of exhibits to be offered in its case-in-chief, with a single asterisk indicating exhibits to which the opposing party objects based on authenticity, and two asterisks indicating exhibits to which no party objects on any ground. When a party objects to an exhibit on any grounds other than authenticity, the objection should indicate the Federal Rule of Evidence that is the basis for the objection.

j.  A statement of the damages claimed and any other relief sought, including the manner and method used to calculate any claimed damages and a breakdown of the elements of such claimed damages.

**Exhibits:**

a.  The parties must prepare and submit in three-ringed binder(s), along with their joint proposed Pretrial Order, one copy of each documentary exhibit that they seek to be admitted, pre-marked and assembled sequentially with exhibit numbers.

**Motions *in limine*:**

a.  Any motions *in limine* must be filed and served on or before the date when this joint proposed Pretrial Order is due.

b.  Any brief in opposition to a motion *in limine* must be filed and served no later than June 13, 2025; and

Non-jury case filings:

a.  With the filing of the joint pretrial order, the parties shall file proposed findings of fact and conclusions of law. The proposed findings of fact should be detailed and should include citations to the proffered trial testimony and exhibits. The parties must meet and confer in an effort to reach agreement with respect to those findings and conclusions as to which there is not dispute; as to any agreed-upon findings and conclusions, the parties should make a joint submission.

b.  With the filing of the joint Pretrial Order, each party shall file a pretrial memorandum of law summarizing the applicable law and relevant facts, identifying the issues for trial, and addressing any evidentiary issues.

c.  With the filing of the joint Pretrial Order, each party shall submit to the Court and serve on opposing counsel (but shall not file on ECF): (i) deposition excerpts that will be offered as substantive evidence, as well as a one-page synopsis of those excerpts for each deposition (including page citations of the deposition transcripts); and (ii) one set of documentary exhibits to be used at trial.

The parties must meet and confer in an effort to reach agreement with respect to these submissions. They should make a joint submission with respect to those items that are agreed upon, and separate submissions with respect to those submissions on which the parties cannot reach agreement. Separate submissions must briefly state why the Court should use the proposed charge or question and cite to supporting authority.

**Final Pretrial Conference**. The parties shall appear for a final pretrial conference on Tuesday, July 08, 2025, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

**Trial**. A trial in this action will commence on Wednesday, July 23, 2025, at 9:30 a.m. in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 14, 2025
          New York, New York