```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCESCO SALAMONE,

                        Plaintiff,                    23-CV-08299 (SN)

      -against-                              **ORDER**

GIOVANNI SALAMONE,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On April 14, 2025, the Court issued a trial scheduling order. ECF No. 51. According to the scheduling order, the parties' joint proposed Pre-Trial Order and any motions *in limine* were due by Friday, May 30, 2025. Nothing has been filed by either party. Accordingly, the parties shall file the joint proposed Pre-Trial Order and any motions *in limine* no later than Wednesday, June 4, 2025, or a stipulation of dismissal if the parties have settled.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      June 2, 2025
                 New York, New York