UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCESCO SALAMONE,

                        Plaintiff,                    23-CV-08299 (SN)

      -against-                               **ORDER OF DISMISSAL**

GIOVANNI SALAMONE,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 16, 2025, the parties filed a stipulation of voluntary dismissal. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

*(signature)*
SARAH NETBURN
United States Magistrate Judge

DATED:     June 16, 2025
              New York, New York